# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**FRANK L PERRY,**

    *Petitioner,*

v.                                        **CASE NO. 1:13-cv-00111-MP-GRJ**

**M CREWS, SECRETARY DEPARTMENT OF CORRECTIONS,**

    *Respondents.*

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 9, 2016. ECF No. 30. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections on ECF No. 31. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. Petitioner has offered no arguments of merit to warrant relief in his objections.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, ECF No. 30, is adopted and incorporated by reference in this order.

2. Petitioner's petition for writ of habeas corpus, ECF No. 1, is **DENIED.**

3. A certificate of appealability is denied.

4. The clerk is directed to close the file.

**SO ORDERED on September 9, 2016.**

        <u>s/Mark E. Walker</u>
        **United States District Judge**